James E. Torgerson (Bar No. 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone:  907.277.1900
jim.torgerson@stoel.com

Attorneys for Respondent 3M Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Petitioner,<br><br>  v.<br><br>3M COMPANY,<br><br>       Respondent. | Case No.: 3:20-mc-00017-TMB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

  3M Company respectfully submits this Notice of Supplemental Authority in support of its motion to transfer the United States' Motion to Quash the deposition of Rosemarie Rotunno ("LTC Rotunno"). On September 21, 2020, on a nearly identical record,[1] Judge Sansone of the Middle District of Florida granted Defendants' motion to transfer the United States' motion to quash the deposition of another government witness.  (Ex. A).  In so

---

[1] The United States' Motion to Quash, 3M's Motion to Transfer, and the United States' Response to the Motion to Transfer submitted to the Middle District of Florida are attached as Exhibits B, C and D, respectively.

*USA v. 3M Company*
Case No. 3:20-mc-00017-TMB      1

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

holding, Judge Sansone determined that "the balance of interests weigh[ed] in favor of transfer," because:

> 3M anticipates issuing over ten similar subpoenas to federal employees in multiple districts in connection with the multi-district litigation pending in the Northern District of Florida. . . . In addition, 3M and the United States have litigated other discovery disputes before United States District Judge M. Casey Rodgers and United States Magistrate Judge Gary R. Jones as part of the same multi-district litigation pending in the Northern District of Florida. . . . Indeed, Judge Rodgers appointed Special Master Judge David Herndon (ret.) to coordinate government discovery issues.

(*Id.* at 1–2.) As set forth in detail in Defendants' motion to transfer, the court should hold no differently here.

## CONCLUSION

For the foregoing reasons, 3M respectfully requests that this Court transfer the United States' motion to quash the subpoena served on LTC Rotunno to the court of Judge Rodgers in the Northern District of Florida.

DATED: September 23, 2020

STOEL RIVES LLP

By:/s/ James E. Torgerson
    James E. Torgerson (Bar No. 8509120)

Attorneys for Respondent 3M Company

# CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2020, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-mc-00017-TMB who are registered CM/ECF users, and who are listed below, will be served by the CM/ECF system.

Steven E. Skrocki
U.S. Attorney's Office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99513
steven.skrocki@usdoj.gov

*Attorneys for Petitioner United States of America*

/s/ James E. Torgerson
James E. Torgerson
108133583.1 0033656-00184

*USA v. 3M Company*
Case No. 3:20-mc-00017-TMB        3