James E. Torgerson (Bar No. 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
jim.torgerson@stoel.com

Attorneys for Respondent 3M Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-mc-00017-TMB |
| Petitioner, | |
| v. | |
| 3M COMPANY, | |
| Respondent. | |

## JOINT STIPULATION REGARDING MOTION TO QUASH

The United States of America and 3M Company, 3M Occupational Safety LLC,

Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC

(together, "3M") (collectively, the "Parties") stipulate as follows:

WHEREAS on September 4, 2020, the United States filed a motion to quash a

subpoena seeking testimony from Rosemarie Rotunno, *see* Dkt. No. 1;

WHEREAS on September 9, 2020, 3M filed a motion to transfer the United

States' motion to quash to the issuing court in the Northern District of Florida, *see* Dkt.

No. 5;

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

The Parties hereby **STIPULATE** and **AGREE** as follows:

1.	If the Court grants 3M's motion to transfer, 3M will file its response to the motion to quash seven (7) days after the motion is docketed in the Northern District of Florida;

2.	If the Court denies 3M's motion to transfer, 3M will file its response to the motion to quash seven (7) days after the denial.

DATED: October 2, 2020	STOEL RIVES LLP


By:/s/ James E. Torgerson
    James E. Torgerson (Bar No. 8509120)

Attorneys for Respondent 3M Company

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-mc-00017-TMB who are registered CM/ECF users, and who are listed below, will be served by the CM/ECF system.

Steven E. Skrocki
U.S. Attorney's Office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99513
steven.skrocki@usdoj.gov

*Attorneys for Petitioner United States of America*

/s/ James E. Torgerson
James E. Torgerson

*USA v. 3M Company*
Case No. 3:20-mc-00017-TMB	2